JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESMERALDA GUTIERREZ FLORES,<br><br>      Plaintiff,<br><br>      v.<br><br>KILOLO KIJAZAKI, Acting Commissioner of Social Security,<br><br>      Defendant. | Case No. 5:21-CV-02066-MAA<br><br>**JUDGMENT** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42.U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: September 27, 2022

_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE